1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BENJAMIN T. CARIDAD,                          No.  2:14-cv-0366 AC P

12                    Petitioner,

13          v.                                       ORDER

14    HARRY OREOL, et al.,

15                    Respondents.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

19          The application appears to challenge a mentally disordered offender commitment order

20    issued by the San Bernardino County Superior Court.  In habeas corpus cases, venue is proper:

21    (1) in the district of confinement, or (2) in the district of "conviction and sentencing."  28 U.S.C.

22    § 2241(d).  Petitioner is currently confined at Patton State Hospital located in San Bernardino

23    County, California, which is within the Central District of California.  In this case, venue lies in

24    the Central District because that is the district of confinement as well as the district in which the

25    commitment order was issued.  See 28 U.S.C. § 84; 28 U.S.C. § 2241(d).

26    /////

27    /////

28    /////

                                                    1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

3        2.  This matter is transferred to the United States District Court for the Central District of

4    California.

5    DATED: February 14, 2014

6    _____
     ALLISON CLAIRE
7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28